Cara, Appellant, *v.* Merchants Fire Ins. Co.

Opinion by Mr. Justice Drew, May 22, 1933:

For the reasons given in the opinion this day filed at No. 69, January Term, 1933, the judgment is reversed and a new trial awarded.